UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ALLEN HOOD,

        Plaintiff,

v.

PAYNE, et al.,

        Defendants.

CASE NO. 3:17-cv-05799-RJB-DWC

REPORT AND RECOMMENDATION

Noting Date: May 3, 2018

The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Plaintiff 1, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on October of 2017.

In March of 2018, the Court entered an Order to Show Cause or File Answer because Defendants, though they had entered Notices of Appearance and Waivers of Service, had not yet filed an Answer. Dkt. 28. Defendants promptly filed their Answers (Dkts. 29, 30) and the Court filed a Pretrial Scheduling Order in April (Dkt. 32). The Parties subsequently filed a Stipulation and Proposed Order of Dismissal ("Stipulation"). Dkt. 33.

Given the facts and the Parties' Stipulation, the Court recommends the Honorable Robert J. Bryan immediately approve this Report and Recommendation, accept the Parties' Stipulation, and order the action be dismissed with prejudice pursuant to the Stipulation.

Dated this 3rd day of May, 2018.

David W. Christel
United States Magistrate Judge